| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692 |
| | Acting Federal Defender |
| 2 | ANN H. MCGLENON, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | TONY HUY HAVENS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-CR-0250 LJO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL DATE; |
| | ) | ORDER |
| v. | ) | |
| | ) | Trial: |
| TONY HUY HAVENS, | ) | Date:  November 5, 2013 |
| | ) | Time:  8:30 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the jury trial now set for April 9, 2013, **may be continued to November 5, 2013 at 8:30 A.M.**

This continuance is requested by counsel for Defendant because Defendant has been in custody in Modesto since August 2012 and is currently in trial for that case. We do not have the access we need to proceed with the trial.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: February 4, 2013    By:    /s/ *Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 4, 2013    By:    /s/ *Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
Tony Huy Havens

# **O R D E R**

Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:    February 5, 2013**        /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Trial Hearing;
[Proposed] Order                    -2-