HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559-487-5950
ann_mcglenon@fd.org

Attorney for Defendant
TONY HUY HAVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> TONY HUY HAVENS, <br><br> *Defendant.* | Case No. 1:11-cr-00250 LJO <br><br> STIPULATION TO MOVE TRIAL DATE AND ORDER THEREON <br><br> Trial Date: May 20, 2014 <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new trial schedule be set in the above-referenced matter as follows: the jury trial now set for November 5, 2013, **may be continued to May 20, 2014 at 8:30 A.M.**

This continuance is requested by counsel because as we were reviewing documents and preparing motions in limine, we determined that certain documents related to the lender in this scheme, New Century Mortgage, and the escrow officer, related specifically to the allegations in paragraph eleven, were necessary to the defense of the Indictment. Those items were seized and referred to in the discovery. When requested, the agent stated that there were eight Bankers boxes that had not been scanned.

These have not been received and are believed to contain Brady material. They are necessary to the defense and have not yet been provided. This trial precedes the other trial of this defendant and permits both counsel to complete other trials and review the documents.

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: September 11, 2013  /s/ *Mark McKeon*
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILIAMS
Federal Defender

Dated: September 11, 2013  /s/ *Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
TONY HUY H AVENS

**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

DATED: September 12, 2013  /s/ Lawrence J. O'Neill
Hon. Lawrence J. O'Neill, Judge
United States District Court
Eastern District of California

Click here to enter a date.
Choose an item.